UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIGMUND RUMPF,

    Petitioner,

v.

    Case No. 1:20-cv-368

CATHERINE S. BAUMAN,

    HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: December 7, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge